UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, A MARRIED PERSON DEALING WITH HER SOLE AND SEPARATE CLAIM,<br><br>Plaintiff,<br><br>v.<br><br>SATYA HOTELS INC.,<br><br>Defendants. | Case No. 1:19-cv-01005-LJO-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL<br><br>(ECF NO. 4) |

On October 29, 2019, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). (ECF No. 4.) Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 1, 2019**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1